Scott O. Luskin, State Bar No. 238082
sol@paynefears.com
Brian R. Shaw, State Bar No. 311613
brs@paynefears.com
PAYNE & FEARS LLP
200 N. Pacific Coast Highway, Suite 825
El Segundo, California 90245
Telephone: (310) 689-1750
Facsimile: (310) 689-1755

Attorneys for Defendant
Space Exploration Technologies Corp.

PAYNE & FEARS LLP
Attorneys at Law
200 N. PACIFIC COAST HIGHWAY, SUITE 825
EL SEGUNDO, CALIFORNIA 90245
(310) 689-1750

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THOMAS DANIEL, individually, and on behalf of other members of the general public similarly situated,

Plaintiff,

v.

SPACE EXPLORATION TECHNOLOGIES CORP., d/b/a/ STARLINK and DOES 1-10 inclusive,

Defendants.

Case No. 2:26-cv-12757

[Removed from Los Angeles Superior Court, Case No. 26STCV29218]

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

| | |
|---|---|
| Complaint served: | Sept. 30. 2026 |
| Current Response date: | Nov. 6, 2026 |
| New Response date: | Dec. 4, 2026 |

PAYNE & FEARS LLP
Attorneys at Law
200 N. PACIFIC COAST HIGHWAY, SUITE 825
EL SEGUNDO, CALIFORNIA 90245
(310) 689-1750

IT IS HEREBY STIPULATED by and between Plaintiff THOMAS DANIEL ("Plaintiff") and Defendant SPACE EXPLORATION TECHNOLOGIES CORP, dba STARLINK ("Defendant"), that Defendant shall have an extension of time from November 6, 2026, through and including December 4, 2026, to answer or otherwise respond to Plaintiff's Complaint. No prior extensions have been requested or received.

DATED: November 4, 2026

PAYNE & FEARS LLP

By: */s/ Scott O Luskin*
SCOTT O. LUSKIN
BRIAN R. SHAW

Attorneys for Defendant
SPACE EXPLORATION TECHNOLOGIES CORP.

DATED: November 4, 2026

LAW OFFICES OF
TODD M. FRIEDMAN, P.C.

By: */s/ Adrian R. Bacon*
TODD M. FRIEDMAN
ADRIAN R. BACON

Attorneys for Plaintiff
DANIEL THOMAS